IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KATHLEEN GRAHAM
*o/b/o M.L.M., a Minor Child*                                                                PLAINTIFF

v.                           Case No. 3:11CV00008-DPM-JTK

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                               DEFENDANT

## ORDER

Pending before the Court is Plaintiff's third Motion for Extension of Time [DE #13]. The Motion is denied as moot. By Order [DE #10], the Court granted Plaintiff's First Motion to Extend [DE #9], granting her up to and including July 7, 2011, to file a Brief. Plaintiff's Brief remains due on or before July 7, 2011.

SO ORDERED this 22nd day of June, 2011.

_____
UNITED STATES MAGISTRATE JUDGE