IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KATHLEEN GRAHAM,
on behalf of M.L.M., a minor child                                    PLAINTIFF

v.                              No. 3:11-cv-8-DPM

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                        DEFENDANT

## JUDGMENT

The administrative decision is affirmed.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 March 2012